PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA DIAZ, an individual, | Case No. 5:21-cv-00408 JGB (SHKx) |
| Plaintiff, | **Hon. Jesus G. Bernal** |
| v. | |
| WAL-MART STORES, INC., a Corporation; and DOES 1-100, | **[PROPOSED] PROTECTIVE ORDER** |
| Defendants. | Trial Date:          November 1, 2022 |

Having reviewed the parties' Joint Stipulated Protective Order (ECF No.  18 ), IT IS THEREFORE ORDERED that the Stipulated Protective Order is GRANTED.

Dated:      April 4, 2022

Hon. Shashi H. Kewalramani,
United States Magistrate Judge

Respectfully submitted by:

Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Megan A Mackie, State Bar No. 325004
mam@paynefears.com
Rana Ayazi, State Bar No. 329097
ra@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile:  (949) 851-1212

Attorneys for Defendant WALMART INC. (formerly WAL-MART STORES, INC.)

W. Zev Abramson, Esq.
Christina Begakis, Esq.
Haera Fronjian, Esq.
ABRAMSON LABOR GROUP
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010-2513
Tel:  (213) 493-6300
Fax: (213) 382-4083
E-Mail:  wza@abramsonlabor.com
         christina@abramsonlabor.com
         Haera@abramsonlabor.com

Attorneys for Plaintiff, NADIA DIAZ

2022-03-29 Proposed Protective Order.docx